United States District Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE ESTES LAW FIRM on behalf of itself and for all others similarly situated,<br><br>*Plaintiffs*,<br><br>V.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, MARC CHAPMAN, RHONDA GUITREAU, and JANA SCHIEBER,<br><br>*Defendants.* | § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-CV-00498 |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, after having considered the Joint Stipulation of Dismissal with Prejudice, is of the opinion that the relief sought therein should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs, and any other relief not granted herein is denied.

Signed on this the 15 day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE